This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,**

   **Plaintiff-Appellant,**

**v.**                                          **No. 34,954**

**SIMON PETER GONZALES,**

   **Defendant-Appellee.**

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Cristina T. Jaramillo, District Judge**

Hector H. Balderas, Attorney General
Santa Fe, NM
Steven Johnston, Assistant Attorney General
Albuquerque, NM

for Appellant

Bennett J. Baur, Chief Public Defender
Sergio Viscoli, Appellate Defender
David Henderson, Assistant Appellate Defender
Santa Fe, NM

for Appellee

## MEMORANDUM OPINION

**HANISEE Judge.**

{1}     The State appeals from the district court's order dismissing the case without prejudice. This Court issued a second notice of proposed disposition, proposing summary reversal and remand. Defendant filed a memorandum in partial opposition, in which Defendant "concurs with the Court's proposed ruling" and only "seeks clarification [on] the proposed remedy." [MIO 1] Accordingly, for the reasons set forth in our notice of proposed disposition, we reverse the district court's order dismissing the case and remand with instructions to the district court to afford the State a fair opportunity to respond to Defendant's motion to dismiss before ruling on the motion.

{2}     **IT IS SO ORDERED.**

 

**J. MILES HANISEE, Judge**

**WE CONCUR:**

**TIMOTHY L. GARCIA, Judge**

**M. MONICA ZAMORA, Judge**